## Register of Actions

| | | | |
|---|---|---|---|
| **Filed by Plaintiff/Petitioner** | **Case Number:** 2023CV032577 | **Division:** 209 | |
| **Filed by Defendant/Respondent** | **Case Type:** Injunctive Relief | **Judicial Officer:** Sarah Block Wallace | |
| **Filed by Court** | **Case Caption:** Anderson, Norma et al v. Jena Griswold et al | **Court Location:** Denver County - District | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 09/06/2023 1:00 PM | Chris Jay Baumann | Denver County - District | N/A | Order | Order of Reassignment | Public |
| N/A (Details) | 09/06/2023 10:56 AM | Mark T Bailey | Denver County - District | N/A | Order | Notice of Recusal | Public |
| ACFEFE55A1C72 | 09/06/2023 9:01 AM | Mario Daniel Nicolais II | KBN Law LLC | Norma Anderson, Michelle Priola (more) | Petition | Verified Petition Under C.R.S. 1-4-1204, 1-1-113, 13-51-105, and C.R.C.P. 57(a) | Public |
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| | | | | | Motion | Motion for an Expedited Case Management Conference | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Christopher Castilian | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Claudine Cmarada | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Donald J Trump | Defendant | Active | N/A |
| Jena Griswold | Defendant | Active | N/A |
| Kathi Wright | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Krista Kafer | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Michelle Priola | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |

EXHIBIT 1

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Norma Anderson | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |

Case No. 1:23-cv-02291   Document 1-1   filed 09/07/23   USDC Colorado   pg 2 of 2

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|