| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**<br>1437 Bannock St.<br>Denver, CO 80203 | DATE FILED: September 6, 2023 9:01 AM<br>FILING ID: ACFEFE55A1C72<br>CASE NUMBER: 2023CV32577 |
| **Petitioners:**<br>NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,<br><br>v.<br><br>**Respondents:**<br>JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP. | ▲ COURT USE ONLY ▲ |
| Attorneys for Petitioners:<br><br>Mario Nicolais, Atty. Reg. # 38589<br>KBN Law, LLC<br>7830 W. Alameda Ave., Suite 103-301<br>Lakewood, CO 80226<br>Phone: 720-773-1526<br>Email: mario@kbnlaw.com<br><br>Martha M. Tierney, Atty. Reg. # 27521<br>Tierney Lawrence Stiles LLC<br>225 E. 16th Ave., Suite 350<br>Denver, CO 80203<br>Phone: 303-356-4870<br>Email: mtierney@tls.legal<br><br>Eric Olson, Atty. Reg. # 36414<br>Sean Grimsley, Atty. Reg. # 36422<br>Jason Murray, Atty. Reg. # 43652<br>Olson Grimsley Kawanabe Hinchcliff & Murray LLC<br>700 17th Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-535-9151<br>Email: eolson@olsongrimsley.com<br>Email: sgrimsley@olsongrimsley.com | Case Number:<br><br><br>Division/Courtroom: |

**EXHIBIT 3**

| | |
|---|---|
| Email: jmurray@olsongrimsley.com<br><br>Donald Sherman*<br>Nikhel Sus*<br>Jonathan Maier*<br>Citizens for Responsibility and Ethics in Washington<br>1331 F Street NW, Suite 900<br>Washington, DC 20004<br>Phone: 202-408-5565<br>Email: dsherman@citizensforethics.org<br>Email: nsus@citizensforethics.org<br>Email: jmaier@citizensforethics.org<br><br>*_Pro hac vice_ admission pending | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** ||

This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   [X] This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   [ ] This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

   > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

**Date:** 09/06/2023

_____
**Signature of Party or Attorney for Party**

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.