| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202<br>**Petitioner(s)** NORMA ANDERSON et al.<br>v.<br>**Respondent(s)** JENA GRISWOLD et al. | DATE FILED: September 6, 2023 10:56 AM<br>CASE NUMBER: 2023CV32577 |
|---|---|
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2023CV32577<br>Division: 466    Courtroom: |
| **Notice of Recusal** | |

The undersigned Judge hereby recuses from this case. The case will be sent to Courtroom 259 for reassignment.

Issue Date: 9/6/2023

*/s/ MTB*

MARK T BAILEY
District Court Judge

**EXHIBIT 5**