DATE FILED: September 6, 2023 1:00 PM
CASE NUMBER: 2023CV32577

| | |
|---|---|
| DISTRICT COURT, DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
| **PETITIONER: Norma Anderson et al.**<br><br>**RESPONDENT: Jena Griswold et al.** | ▢ COURT USE ONLY ▢<br><br>**Case No: 23CV32577**<br><br>Courtroom: 259 |
| **ORDER OF REASSIGNMENT** | |

    This case is hereby reassigned to Courtroom 209 from Courtroom 466, due to the recusal of the Honorable Judge Mark T. Bailey. Parties are instructed to contact Courtroom 209 for any pending matters.

    DATED this 6th day of September, 2023.

BY THE COURT:

_[signature]_

Christopher J. Baumann
Chief Judge

**EXHIBIT 6**