IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-2291

**NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT,** and **CHRISTOPHER CASTILIAN**,
     **Petitioners**,

v.

**JENA GRISWOLD,** in her official capacity as Colorado Secretary of State, and **DONALD J. TRUMP**
     **Respondents**.

## ENTRY OF APPEARANCE

Geoffrey N. Blue of the law firm Gessler Blue LLC hereby enters his appearances on behalf of the Respondent, Donald J. Trump in this matter.

Dated: September 7, 2023.

GESSLER BLUE LLC

s/ *Geoffrey N. Blue*
Geoffrey N. Blue

Gessler Blue, LLC
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
gblue@gesslerblue.com
Tel.: (720) 647-5320