# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-2291

**NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT,** and **CHRISTOPHER CASTILIAN**,
 **Petitioners**,

v.

**JENA GRISWOLD,** in her official capacity as Colorado Secretary of State, and **DONALD J. TRUMP**
 **Respondents**.

## ENTRY OF APPEARANCE

 Justin T. North of the law firm Gessler Blue LLC hereby enters his appearances on behalf of the Respondent, Donald J. Trump in this matter.

 Dated: September 7, 2023.

                GESSLER BLUE LLC

                  s/ *Justin T. North*
                Justin T. North

                Gessler Blue, LLC
                7350 E. Progress Place, Suite 100
                Greenwood Village, CO 80111
                jnorth@gesslerblue.com
                Tel.: (720) 647-5320