IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02291-PAB-SKC

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,

Petitioners,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP

Respondents.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Petitioners:

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN.

DATED September 8, 2023

/s/ Martha M. Tierney

Tierney Lawrence Stiles LLC
225 E. 16th Avenue, Suite 350
Denver CO 80203
Phone: (303) 356-4870
Email: mtierney@tls.legal

Counsel for Petitioners