# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02291-PAB-SKC

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,

    Petitioners,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP

    Respondents.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN.

DATED September 7, 2023

/s/ Sean C. Grimsley

Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th St, Suite 1600
Denver CO 80202
(303) 535-9151
sgrimsley@olsongrimsley.com

1