# EXHIBIT 1

# Register of Actions

|  | **Filed by Plaintiff/Petitioner** | **Case Number:** 2023CV032577 | **Division:** 209 |
|---|---|---|---|
|  | **Filed by Defendant/Respondent** | **Case Type:** Injunctive Relief | **Judicial Officer:** Sarah Block Wallace |
|  | **Filed by Court** | **Case Caption:** Anderson, Norma et al v. Jena Griswold et al | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 7EF519F1E383D | 09/07/2023 12:43 PM | Scott Eric Gessler | Gessler Blue LLC | Donald J Trump | Entry of Appearance | Entry of Appearance (of Scott E Gessler and Geoffrey N Blue) | Public |
| | | | | | Notice | Notice of Removal to United States District Court for the District of Colorado w/attached | Public |
| | | | | | Notice of Removal | Copy of Notice of Removal (US District Court-District of Colorado) (Exhibit A to Notice of Removal to United States District Court for the District of Colorado) | Public |
| 7361D01CBFB5C | 09/06/2023 3:42 PM | Martha Moore Tierney | Tierney Lawrence Stiles LLC | Norma Anderson, Michelle Priola (more) | Waiver of Service | Waiver and Acceptance of Service of 2 summons, civil case cover sheet, 3 motions for expedited case management conference by Michael Whitehorn as Chief on Behalf of Respondent Colorado Secretary of State Jena Griswold signed 9/6/23 | Public |
| N/A (Details) | 09/06/2023 1:00 PM | Chris Jay Baumann | Denver County - District | N/A | Order | Order of Reassignment | Public |
| N/A (Details) | 09/06/2023 10:56 AM | Mark T Bailey | Denver County - District | N/A | Order | Notice of Recusal | Public |
| ACFEFE55A1C72 | 09/06/2023 9:01 AM | Mario Daniel Nicolais II | KBN Law LLC | Norma Anderson, Michelle Priola (more) | Petition | Verified Petition Under C.R.S. 1-4-1204, 1-1-113, 13-51-105, and C.R.C.P. 57(a) | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| | | | | | Motion | Motion for an Expedited Case Management Conference | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Christopher Castilian | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Claudine Cmarada | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Donald J Trump | Defendant | Active | GEOFFREY N BLUE (Gessler Blue LLC)<br>SCOTT ERIC GESSLER (Gessler Blue LLC) |
| Jena Griswold | Defendant | Active | N/A |
| Kathi Wright | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Krista Kafer | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| | | | JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Michelle Priola | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |
| Norma Anderson | Plaintiff | Active | ERIC R OLSON (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>JASON MURRAY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC)<br>MARIO DANIEL NICOLAIS (KBN Law LLC)<br>MARTHA MOORE TIERNEY (Tierney Lawrence Stiles LLC)<br>SEAN CHRISTOPHER GRIMSLEY (Olson Grimsley Kawanabe Hinchcliff and Murray LLC) |