# EXHIBIT 2

| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**<br>1437 Bannock St.<br>Denver, CO 80203 | |
| **Petitioners:**<br>NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,<br><br>v.<br><br>**Respondents:**<br>JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP. | ▲ COURT USE ONLY ▲ |
| Attorneys for Petitioners:<br><br>Mario Nicolais, Atty. Reg. # 38589<br>KBN Law, LLC<br>7830 W. Alameda Ave., Suite 103-301<br>Lakewood, CO 80226<br>Phone: 720-773-1526<br>Email: mario@kbnlaw.com<br><br>Martha M. Tierney, Atty. Reg. # 27521<br>Tierney Lawrence Stiles LLC<br>225 E. 16th Ave, Suite 350<br>Denver, CO 80203<br>Phone: 303-356-4870<br>Email: mtierney@tls.legal<br><br>Eric Olson, Atty. Reg. # 36414<br>Sean Grimsley, Atty. Reg. # 36422<br>Jason Murray, Atty. Reg. # 43652<br>Olson Grimsley Kawanabe Hinchcliff & Murray LLC<br>700 17th Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-535-9151<br>Email: eolson@olsongrimsley.com<br>Email: sgrimsley@olsongrimsley.com<br>Email: jmurray@olsongrimsley.com<br><br>Donald Sherman* | Case Number:   2023CV32577<br><br>Division/Courtroom:   209 |

Nikhel Sus*
Jonathan Maier*
Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Suite 900
Washington, DC 20004
Phone: 202-408-5565
Email: dsherman@citizensforethics.org
Email: nsus@citizensforethics.org
Email: jmaier@citizensforethics.org

*Pro hac vice admission pending

## WAIVER AND ACCEPTANCE OF SERVICE ON BEHALF OF RESPONDENT COLORADO SECRETARY OF STATE JENA GRISWOLD

I, Michael Whitehorn, as Chief of Staff for Respondent Colorado Secretary of State Jena Griswold, hereby accept service on behalf of Secretary Griswold the (1) *Verified Petition Under C.R.S. § 1-4-1204, § 1-1-113, § 13-51-105, and C.R.C.P. 57(a)*, (2) *Summons*, and *Civil Case Cover Sheet*; and (3) *Motion for Expedited Case Management Conference*.

I agree that this waiver and acceptance of service shall have the same effect as personal service upon Respondent Secretary of State Jena Griswold within the State of Colorado as of the date below.

Dated: 9-06-23

Respectfully submitted,

Michael Whitehorn
Chief of Staff to Colorado Secretary
of State Jena Griswold