IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 1:23-cv-02291-PAB-SKC

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER,
KATHI WRIGHT, and CHRISTOPHER CASTILIAN,

Petitioners,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and
DONALD J. TRUMP

Respondents.

---

**[PROPOSED] ORDER**

---

This matter is before the Court on Plaintiffs' Motion for Remand [Docket No. ___].
It is hereby

**ORDERED** that Plaintiff's Motion to Remand [Docket No. ___] is **GRANTED.** It is
further

**ORDERED** that this case shall be remanded to the Denver City and County
District Court where it was filed as Case No. 2023CV32577. It is further

1

**ORDERED** that this case is closed.

DATED September ___, 2023.

<div style="margin-left: 40%">

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge

</div>