**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02291-PAB-SKC

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,

    Petitioners,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP,

    Respondents.

---

**PETITIONERS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION
OF MOTION TO REMAND**

---

Petitioners respectfully file this unopposed motion for expedited consideration of their motion to remand this case to state court. Because of the urgency of this case, and because Respondents' counsel have indicated they do not intend to oppose Petitioners' remand motion, Petitioners ask the Court to resolve that motion promptly and without awaiting an opposition brief.

Time is of the essence. In this case, Petitioners allege that Respondent Donald J. Trump is disqualified from the Republican presidential primary ballot in Colorado, and from any future primary or general election ballot in Colorado, under Section 3 of the Fourteenth Amendment. Petitioners filed this case on September 6, 2023, ECF No. 1-2, and Colorado statutory law requires an expedited hearing on the challenge within five days. C.R.S. § 1-4-1204(4). There is good reason for that urgency: the Colorado

Republican presidential primary is scheduled for March 5, 2024,[1] and the Secretary of State must finalize the ballots for the presidential primary by January 5, 2024. C.R.S. § 1-4-1204(1). That leaves just a four-month window to resolve both the trial and the appeals that will inevitably follow. Speedy resolution of Petitioners' remand motion is warranted.

Expedited consideration is also proper because Trump's removal of this case was baseless. Black-letter law requires remand because (1) Petitioners lack Article III standing to proceed in federal court, and (2) Trump improperly removed this matter without obtaining consent of all Defendants. After Petitioners' counsel informed Trump's counsel of these defects, Trump's counsel indicated that they will take no position on Petitioners' remand motion.

For that reason, Petitioners' counsel respectfully requests that the Court decide the motion to remand now, without awaiting a response. Petitioners' counsel conferred today with Respondents' counsel by telephone. Both Respondents indicated that they do not oppose Petitioners' request for expedited consideration of the remand motion.

---

[1] *See* 2024 Election Calendar, available at https://www.sos.state.co.us/pubs/elections/calendars/2024ElectionCalendar.pdf.

Dated: September 8, 2023                Respectfully submitted,

                                          __/s/ Jason Murray_____

Mario Nicolais, Atty. Reg. # 38589
KBN Law, LLC
7830 W. Alameda Ave., Suite 103-301
Lakewood, CO 80226
Phone: 720-773-1526
Email: Mario@kbnlaw.com

Martha M. Tierney, Atty. Reg. # 27521
Tierney Lawrence Stiles LLC
225 E. 16th Ave, Suite 350
Denver, CO 80203
Phone: 303-356-4870
Email: mtierney@tls.legal

Eric Olson, Atty. Reg. # 36414
Sean Grimsley, Atty. Reg. # 36422
Jason Murray, Atty. Reg. # 43652
Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202
Phone: 303-535-9151
Email: eolson@olsongrimsley.com
Email: sgrimsley@olsongrimsley.com
Email: jmurray@olsongrimsley.com

Donald Sherman*
Nikhel Sus*
Jonathan Maier*
Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Suite 900
Washington, DC 20004
Phone: 202-408-5565
Email: dsherman@citizensforethics.org
Email: nsus@citizensforethics.org
Email: jmaier@citizensforethics.org

*Admission to this District's bar pending

3

4

*Counsel for Petitioners*

4