IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 1:23-cv-02291-PAB-SKC

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,

    Petitioners,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP

    Respondents.

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion for Expedited Consideration of Motion to Remand [Docket No. ___]. It is hereby

**ORDERED** that Plaintiff's Unopposed Motion for Expedited Consideration of Motion to Remand [Docket No. ___] is **GRANTED.** The Court will resolve the motion to remand on the papers without awaiting further response.

1

DATED September ___, 2023.

                                                BY THE COURT:

                                                _____
                                                PHILIP A. BRIMMER
                                                Chief United States District Judge