# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-2291

**NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT,** and **CHRISTOPHER CASTILIAN**,
    **Petitioners**,

v.

**JENA GRISWOLD,** in her official capacity as Colorado Secretary of State, and **DONALD J. TRUMP**
    **Respondents**.

## NOTICE OF RESPONDENT DONALD J. TRUMP'S RESPONSE TO PETITIONERS' UNOPPOSED MOTION TO REMAND

1. On September 8, 2023, Petitioners filed their *Unopposed Motion to Remand* (ECF No. 15) ("*Motion to Remand*") in response to Respondent Donald J. Trump's ("Trump") *Notice of Removal* (ECF. No. 1) filed on September 7, 2023.

2. Counsel for Petitioners conferred with the undersigned regarding Trump's position on the *Motion to Remand* and the undesigned stated that as of Friday, September 8, 2023, Trump took no position on the *Motion to Remand*.

3. In Petitioners *Motion to Remand*, they stated that "Counsel for Petitioners conferred with opposing counsel regarding this motion by phone on September 8. Neither Respondent Trump nor Respondent Griswold takes any position on this motion."[1]

---

[1] *Petitioner's Unopposed Motion to Remand*, September 8, 2023 (ECF No. 8) at 2.

4.  Although Petitioners characterized Trump's position as unopposed, Trump does not waive his right to file a response under the Federal Rules of Civil Procedure. Currently undersigned counsel is formulating a response and will submit its position to the Court on or before (1) the date agreed upon by the parties, or (2) another date set by this court.

5.  Trump files this *Notice* to clarify that he has not waived any right to file a Response and will brief the *Motion to Remand* according to the schedule set by this Court.

Dated:  September 11, 2023.

>                                             GESSLER BLUE LLC
>
>                                                    s/ *Scott E. Gessler*
>                                             Scott E. Gessler
>
>                                             Gessler Blue, LLC
>                                             7350 E. Progress Place, Suite 100
>                                             Greenwood Village, CO 80111
>                                             sgessler@gesslerblue.com
>                                             Tel.: (720) 839-6637
>
>
>                                             David Warrington
>                                             The Dhillon Law Group
>                                             2121 Eisenhower Ave., Suite 608
>                                             Alexandria, VA 22317
>                                             dwarrington@dhillionlaw.com
>                                             Tel.: (703) 328-5369
>
>                                             *Attorneys for Respondent Donald J. Trump*

**CERTIFICATE OF SERVICE**

3

I certify that on this 11th day of September 2023, the foregoing was electronically served via CM/ECF on all parties via their counsel of record.

/s Joanna Bila
Joanna Bila, Paralegal

3