**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02291-PAB-SKC

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT, and CHRISTOPHER CASTILIAN,

Petitioners,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and DONALD J. TRUMP

Respondents.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Petitioners:

NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER,

KATHI WRIGHT, and CHRISTOPHER CASTILIAN.

DATED: September 11, 2023

/s/ Donald Sherman

Donald Sherman
Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Suite 900
Washington, DC 20004
202-408-5565
dsherman@citizensforethics.org