# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2291

**NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT**, and **CHRISTOPHER CASTILIAN**

    Petitioners,

v.

**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State, and **DONALD J. TRUMP**

    Respondents.

---

### ENTRY OF APPEARANCE OF ROBERT A. KITSMILLER AND PODOLL & PODOLL, P.C., ON BEHALF OF INTERVENOR, COLORADO REPUBLICAN COMMITTEE

---

COMES NOW Robert A. Kitsmiller of the law firm of Podoll & Podoll, P.C., 5619 DTC Parkway, Suite 1100, Greenwood Village, Colorado 80111, telephone number (303) 861-4000, hereby enters his appearance on behalf of the Intervenor, Colorado Republican Committee.

Dated: September 11, 2023.

    *Respectfully submitted,*

    **PODOLL & PODOLL, P.C.**

    By: */s/Robert A. Kitsmiller*
        Robert A. Kitsmiller, CO Reg. No. 16927
        PODOLL & PODOLL, P.C.
        5619 DTC Parkway, Suite 1100
        Greenwood Village, Colorado 80111
        Phone: (303) 861-4000
        Email: bob@podoll.net
        *Attorney for Intervenor, Colorado Republican Committee*