# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2291

**NORMA ANDERSON, MICHELLE PRIOLA, CLAUDINE CMARADA, KRISTA KAFER, KATHI WRIGHT**, and **CHRISTOPHER CASTILIAN**

    Petitioners,

v.

**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State, and **DONALD J. TRUMP**

    Respondents.

## ENTRY OF APPEARANCE OF MICHAEL MELITO ON BEHALF OF INTERVENOR, COLORADO REPUBLICAN COMMITTEE

COMES NOW Michael Melito of the law firm of Melito Law, LLC., 1875 Lawrence St., Suite 730, Denver, Colorado 80202, telephone number (303) 813-1200, and hereby enters his appearance on behalf of the Intervenor, Colorado Republican Committee.

Dated: September 11, 2023.

    *Respectfully submitted,*

    **MELITO LAW, LLC**

    By: */s/Michael Melito*
        Michael Melito, CO Reg. #36059
        MELITO LAW LLC
        1875 Lawrence St., Suite 730
        Denver, Colorado 80202
        Phone: (303) 813-1200
        Email: Melito@melitolaw.com
        ***Attorney for Intervenor, Colorado Republican Committee***