IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02291-PAB

NORMA ANDERSON, et al.

    Petitioners,

v.

SECRETARY OF STATE JENA GRISWOLD, in her official capacity as Colorado Secretary of State, et al.,

    Respondents.

## RESPONDENT GRISWOLD'S RESPONSE TO PETITIONERS' MOTION TO REMAND (DOC. 15)

    The Secretary of State supports the remand to state court.

    Respectfully submitted this 12th day of September, 2023,

    PHILIP J. WEISER
    Attorney General

    */s/ Michael T. Kotlarczyk*
    MICHAEL T. KOTLARCZYK, No. 43250*
    Senior Assistant Attorney General
    Public Officials Unit | State Services Section
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway, 6th Floor
    Denver, CO 80203
    Telephone: 720.508.6187
    mike.kotlarczyk@coag.gov

    *Attorney for Respondent Secretary of State Jena Griswold*
    *Counsel of Record

## CERTIFICATE OF SERVICE

       I hereby certify that on September 12, 2023, I served a true and complete copy of the foregoing **RESPONDENT GRISWOLD'S RESPONSE TO PETITIONERS' MOTION TO REMAND (DOC. 15),** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric R. Olson
Jason C. Murray
Sean C. Grimsley
Olson Grimsley Kawanabe Hinchcliff & Murray, LLC
700 17th Street, Ste 1600
Denver, CO 80202
eolson@olsongrimsley.com
jmurray@olsongrimsley.com
sgrimsley@olsongrimsley.com
*Attorneys for Petitioners*

Jonathan E. Maier
Nikhel Suresh Sus
Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Ste 900
Washington, D.C. 20004
jmaier@citizensforethics.org
nsus@citizensforethics.org
*Attorneys for Petitioners*

Mario Daniel Nicolais II
KBN Law LLC
7830 W Alameda Ave, Ste 103-301
Lakewood, CO 80226
mario@kbnlaw.com
*Attorney for Petitioners*

Martha M. Tierney
Tierney Lawrence Stiles LLC
225 E 16th Ave, Ste 350
Denver, CO 80203
mtierney@tierneylawrence.com
*Attorney for Petitioners*

Geoffrey N. Blue
Justin T. North
Scott E. Gessler
Gessler Blue LLC
7350 E Progress Place, Ste 100
Greenwood Village, CO 80111
gblue@gesslerblue.com
jnorth@gesslerblue.com
sgessler@gesslerblue.com
*Attorneys for Respondent Trump*

Michael William Melito
Melito Law LLC
138 West Fifth Ave
Denver, CO 80204
melito@melitolaw.com

*Attorney for Intervenor*

Robert Alan Kitsmiller
Podoll & Podoll, P.C.
5619 DTC Parkway, Ste 1100
Greenwood Village, CO 80111
bob@podoll.net
*Attorney for Intervenor*

                                                          */s/ Carmen Van Pelt*