# Tram Vo

| | |
|---|---|
| **From:** | Tram Vo |
| **Sent:** | Tuesday, September 12, 2023 2:58 PM |
| **To:** | nikolaus.zender@judicial.state.co.us; jennifer.rollins@judicial.state.co.us; jennifer.nichols@judicial.state.co.us; 02Sups@judicial.state.co.us |
| **Subject:** | 23-cv-02291-PAB - Order Remanding Case (Your Case No. 2023CV032577) |
| **Attachments:** | 23-cv-2291-PAB-Order Remanding Case.pdf |

Greetings,

The above captioned case has been ordered remanded to your district pursuant to an order of the Court.

Attached is a certified copy of the Order remanding this case.

The Parties are directed to file all future pleadings with the District Court for Denver County.

**Please confirm receipt of this email.**

Thank you,

*Tram Vo*
*Case Administration Specialist*
*United States District Court*
*District of Colorado*
*303-335-2100*
*Tram_vo@cod.uscourts.gov*

1